LEON T. WALTER, Appellant, *v*: HENRY TOMKINS et al., Respondents, Impleaded with Another.

*Walter* v. *Tomkins*, 71 App. Div. 21, appeal dismissed.
(Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1902, affirming a judgment in favor of defendants entered upon a decision of the court at Special Term sustaining a demurrer to the complaint.

The motion was made upon the grounds that the undertaking required to perfect the appeal had not been filed and the record on appeal had not been served upon the respondents.

*John S. Montgomery* for motion.

*Samuel Fruchthandler* opposed.

Motion granted unless appellant within ten days after service of order files a proper undertaking and pays twenty-five dollars costs.